# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: RAJESH C. PATEL | : | CHAPTER 7 |
| | : | |
| Debtor. | : | Case No. 16-65074-lrc |
| _____ | : | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

COMES NOW, SLOMKA & SLIPAKOFF P.C as successor by merger of THE SLOMKA LAW FIRM, P.C., and HOWARD P. SLOMKA, as counsel for the Debtor, RAJESH C. PATEL, ("Debtor") moves this Honorable Court for ex parte authorization to withdraw as attorney of record for the Debtor, and in support thereof would show:

1. Undersigned counsel first appeared in this case on August 30, 2016.

2. Irreconcilable differences arose between the Debtor, and the undersigned, as a result of which, it is inappropriate for the undersigned to continue to represent the Debtor, unless and until said differences are resolved.

3. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

4. All future communications should be sent directly to Debtor, and undersigned should be removed from the service list.

WHEREFORE, Counsel respectfully moves this Honorable Court to enter an Ex Parte Order granting the Motion to Withdraw as Counsel for the Debtor, and to grant any other relief it may deem just and proper.

DATED, this 8th day of June 2018.

**SLIPAKOFF & SLOMKA P.C**

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
Georgia Bar No. 652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
(404) 800-4001
hs@myatllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: RAJESH C. PATEL | : | CHAPTER 7 |
| | : | |
| Debtor, | : | Case No. 16-65074-lrc |
| _____ | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by electronic mail to their addresses on record with the clerk. This is also to certify that the foregoing document was this day filed with the Court.

| | |
|---|---|
| Rajesh C Patel<br>2253 Gradyridge Trail<br>Duluth, GA 30097<br>GWINNETT-GA<br>SSN / ITIN: xxx-xx-8878<br>*aka* RC Patel<br>*aka* Rajesh Chandubai Patel | Knight Johnson. LLC<br>1360 Peachtree Street, NE<br>Suite 1201<br>Atlanta, GA 30309<br>404-228-4822<br>Fax : 404-228-4821<br>Email: bknight@knightjohnson.com |
| *Trustee*<br>Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br>(404) 873-8596 | William D. Matthews<br>Arnall Golden Gregory LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br>404-873-8500<br>Fax : 404-873-8671<br>Email: william.matthews@agg.com |
| Neil C Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br>(404) 873-8596<br>Fax : (404) 873-8597<br>Email: angela.ford@agg.com | Hall H2 Atlanta, LLC<br>c/o Barnes & Thornburg, LLP<br>3475 Piedmont Road NE<br>Suite 1700<br>Atlanta, GA 30305 |
| John W. Mills, III<br>Barnes & Thornburg LLP | Deborah M. Perry<br>Munsch Hardt Kopf & Harr, PC |

| | |
|---|---|
| Suite 1700<br>3475 Piedmont Road, NE<br>Atlanta, GA 30305<br>(404) 264-4030<br>Fax : 404-264-4033 | 500 N. Akard Street<br>Suite 3800<br>Dallas, TX 75201-6659<br>214-855-7565<br>Email: dperry@munsch.com |
| Walter E. Jones<br>Balch & Bingham, LLP<br>Suite 700<br>30 Ivan Allen Jr. Blvd, NW<br>Atlanta, GA 30308<br>(404) 261-6020 | Hasmita Patel<br>3754 Lavista Road<br>Suite 250<br>Atlanta, GA 30084<br>404-373-5153 |
| Michael D. Robl<br>Robl Law Group LLC<br>Suite 250<br>3754 LaVista Road<br>Tucker, GA 30084<br>404-373-5153<br>Fax : 404-537-1761<br>Email: michael@roblgroup.com | Rishi Patel<br>3754 Lavista Road<br>Suite 250<br>Tucker, GA 30084<br>4043735153 |
| Mahesh Patel<br>c/o Cohen Pollock Merlin Turner, PC<br>3350 Riverwood Parkway<br>Suite 1600<br>Atlanta, GA 30339 | Bruce Z. Walker<br>Cohen Pollock Merlin Turner, PC<br>Suite 1600<br>3350 Riverwood Parkway<br>Atlanta, GA 30339-6401<br>(770) 858-1288<br>Email: bwalker@cpmas.com |
| Shama Patel<br>2253 Grady Ridge Trail<br>Duluth, GA 30097 | |

DATED, this 8th day of June 2018.

**SLIPAKOFF & SLOMKA P.C**

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
Georgia Bar No. 652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
(404) 800-4001
hs@myatllaw.com