UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 16-65074-LRC |
| | * | |
| RAJESH C. PATEL | * | Chapter 7 |
| | * | |
| Debtors. | * | |
| | * | |

## MOTION FOR RULE 2004 EXAMINATION

COMES NOW the Debtor, Rajesh C. Patel, a party in interest in this Chapter 7 case, and moves the Court for an Order Authorizing 2004 Examination of Asvin Patel, and respectfully shows::

1.

Debtor seeks to take an examination pursuant to Bankruptcy Rule 2004, of Asvin Patel, who is believed to be a resident of New Jersey.

2.

The proposed proponent, Asvin Patel, has offered testimony in the pending Contested matter styled Motion to Enforce Stay and For Sanctions, falsely alleging that Debtor sold real estate located in India, which should have been asset of the Estate, and retained the proceeds.

3.

While these allegations are totally irrelevant to the pending Motion to Enforce Stay, they have harmed Debtor's reputation and will inhibit the fresh start which Debtor is entitled to upon granting of his discharge.

4.

Because of the pending COVID Pandemic (which is particularly virulent in New Jersey), Debtor seeks permission to take the 2004 Exam telephonically.

5.

In aid of this examination, Debtor seeks production of documents shown on the attached Exhibit "A".

This 22 day of September, 2021.

                      MACEY, WILENSKY & HENNINGS, LLP

                      By: _____
                           Frank B. Wilensky
                           Georgia Bar No. 758700

5500 Interstate North Parkway.
Suite 435
Atlanta, GA  30328
(404) 584-1234 – Telephone
(404) 681-4355 – Facsimile
fwilensky@maceywilensky.com

## EXHIBIT "A"

(1) Your personal tax return for 2018, 2019 and 2020; (2) Any and all documents relating to Moje Lamb4vel Blocks No 55 Paiki-1 & 56/1 & 56/2 Khata 1124 TA Anand; (3) Sale and purchase documents with respect to the properties described in (2) above; and (4) All Bank account records where sale proceeds from sale of properties described in (2) above, were deposited in USA and India; (5) all correspondence, emails and other communications concerning the sale of properties described in (2) above from/to all persons, including, but not limited to Mukesh (Mike) Patel and Rishi Patel.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 16-65074-LRC |
| | * | |
| RAJESH C. PATEL | * | Chapter 7 |
| | * | |
| Debtors. | * | |
| | * | |

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Motion for Rule 2004 Examination** was served by depositing a copy of same in the United States Mail, first class postage prepaid, addressed to:

Asvin Patel
708 Dominion Drive
Moorestown, NJ 05057

F. Robert Slotkin, Esq.
Slotkin Law Firm, PC
118 E. Maple Street
Decatur, GA 30308

Alexander Weatherby, Esq.
750 Piedmont Avenu7e
Atlanta, GA 30308

This 22nd day of September, 2021.

Frank B. Wilensky
Georgia Bar No. 758700

Macey, Wilensky & Hennings, LLP
5500 Interstate North Parkway
Suite 435
Atlanta, GA 30328
(404) 584-1234 –Telephone;
(404) 681-4355 – Facsimile